# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AARON GING, | ) |
|   Plaintiff, | ) 3:11-cv-00435-RCJ-VPC |
| vs. | ) |
| COUNTRYWIDE HOME LOANS, INC. et al., | ) ORDER |
|   Defendants. | ) |

This is a standard foreclosure case involving one property. On July 5, 2011, the Court denied Plaintiff's request for preliminary injunctive relief and ordered Plaintiff to show cause within fourteen days why the action should not be dismissed, because the foreclosure was statutorily proper based upon the public records adduced. Defendants have filed a motion for judgment, noting that Plaintiff has failed for eight months to comply with the Court's order. Additionally, Plaintiff has failed for two months to respond to the present motion.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion for Judgment (ECF No. 16) is GRANTED.

IT IS FURTHER ORDERED that the hearing set for April 23, 2012 is VACATED.

IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case.

IT IS SO ORDERED.

Dated: This 11th day of May, 2012.

_____
ROBERT C. JONES
United States District Judge