AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

AARON GING,

     Plaintiff,

V.

COUNTRYWIDE HOME LOANS, INC, et al.,

     Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:11-cv-00435-RCJ-VPC

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Motion for Judgment (CM/ECF Dkt. No. 16) is GRANTED.

   5/14/2012                                         **LANCE S. WILSON**
                                                               Clerk

                                                            /s/ P. McDonald
                                                              Deputy Clerk