ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Defendants*
*Countrywide Home Loans, Inc.;*
*Recontrust Company, N.A.; and*
*Bank of America, N.A., successor*
*by merger to BAC Home Loans*
*Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AARON GING,<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.;<br>RECONTRUST COMPANY, N.A.; BAC<br>HOME LOANS SERVICING, LP; FIRST<br>AMERICAN TITLE INSURANCE COMPANY;<br>AARON DOTY, individually; and DOES 1-25<br>CORPORATIONS; DOES and ROES 1-25<br>individuals, Partnerships, or anyone claiming any<br>interest to the property described in the action,<br><br>          Defendants. | Case No: 3:11-cv-00435-RCJ-VPC<br><br>**ORDER CANCELING LIS PENDENS** |

Defendants Countrywide Home Loans, Inc., Recontrust Company, N.A., and Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP (**defendants**), filed a motion for judgment [Dkt. No. 16] on January 3, 2012. The court issued an order granting the motion for judgment [Dkt. No. 20] and entered a judgment in defendants' favor [Dkt. No. 21] on May 14, 2012. Having dismissed the action, the court finds good cause to order expungement of the lis pendens notice recorded by the plaintiff.

**THE COURT THEREFORE ORDERS** that the following notice of lis pendens, a copy of

{24393387;1}

which is attached hereto as Exhibit A, is canceled, released and expunged:

1. The notice of lis pendens recorded on April 20, 2011, as File Number 411201, in the Office of the Carson City Recorder.

**THE COURT FURTHER ORDERS** the defendants to record a properly certified copy of this order in the real property records of Carson City, Nevada within a reasonable amount of time from the date of this order's issue.

IT IS SO ORDERED this 20 day of August, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

AKERMAN SENTERFITT LLP

/s/ Christina S. Bhirud
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants
Countrywide Home Loans, Inc.;
Recontrust Company, N.A.; and
Bank of America, N.A., successor
by merger to BAC Home Loans
Servicing, LP*

{24393387;1}

2

# Exhibit A

# Exhibit A

APN# 002-392-41

Recording Requested by:
Name: Rick Lawton ESQ
Address: 1460 Hwy 95A, NV
City/State/Zip: Fernley, NV 89408

When Recorded Mail to:
Name: SAME
Address: _____
City/State/Zip: _____

Mail Tax Statement to:
Name: _____
Address: _____
City/State/Zip: _____

RECORDED AT THE
REQUEST OF

Rick Lawton

2011 APR 20 PM 12: 05

FILE NO.  411201
ALAN GLOVER
CARSON CITY RECORDER

FEES 17 DEP ___

( for Recorder's use only )

### Notice of Lis Pendens
( Title of Document )

Please complete Affirmation Statement below:

☒ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does not contain the personal information of any person or persons.
(Per NRS 239B.030)

-OR-

☐ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does contain the personal information of a person or persons as required by law:_____
(State specific law)

_____
Signature                                                  Title

Rick Lawton
Printed Name

This page added to provide additional information required by NRS 111.312 Sections 1-2
and NRS 239B.030 Section 4.

411201

This cover page must be typed or printed in black ink.   (Additional recording fee applies)

Rick Lawton, Esquire
State Bar Number 00694
1460 Hwy 95A, North #1
Fernley, NV 89408
775 867 5599
775 867 2559 [fax]
Attorney for Plaintiff

☐ COPY

REC'D & FILED
2011 APR 20 AM 11:45
ALAN GLOVER
BY C. COOPER
DEPUTY CLERK

IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF CARSON CITY

AARON GING,

    Plaintiff.

vs.

COUNTRYWIDE HOME LOANS, INC.;
RECONTRUST COMPANY, N.A.; BAC HOME
LOANS SERVICING, LP; FIRST AMERICAN
TITLE INSURANCE COMPANY; AARON
DOTY, individually; and DOES 1-25.
CORPORATIONS, DOES and ROES 1-25
Individuals, Partnerships, or anyone claiming
any interest to the property described in the
action,

    Defendants.

Case No. 11 RP 00003 1B

Dept. No. I

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that an action has been commenced **TO QUIET TITLE** in the above-entitled Court by the above-named Plaintiffs against the above-named Defendants to quiet the title for the premises and real estate in the Complaint in said action, and hereinafter described and to determine all and every claim, estate or interest therein of said Defendants, adverse to said Plaintiffs, and the premises affected by this suit are situated in the County of Carson City, State of Nevada, and is more particularly described as follows:

411201

Rick Lawton's Law Office

1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net

1

The action pertains to the following described property:

## LEGAL DESCRIPTION

<u>Property address</u>: 2 CASTLE WAY, CARSON CITY, NEVADA, 89706-1931.

<u>Property description</u>: LOT 79, OF SILVERGATE SUBDIVISION, ACCORDING TO THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF CARSON CITY, STATE OF NEVADA, ON APRIL 6, 1973 IN BOOK 2 OF MAPS, PAGE 399, AS FILE NO. 18803.

COMMON AREA ADJACENT TO LOT 79, AS SHOWN ON THE MAP OF SILVERGATE SUBDIVISION, FILED IN THE OFFICE OF THE COUNTY RECORDER OF CARSON CITY, STATE OF NEVADA, ON APRIL 6, 1973 IN BOOK 2 OF MAPS, PAGE 399, AS FILE NO. 18803.

EXCEPTING THEREFROM ANY INTEREST OF FIVE COMMERCIAL TITLE INC. AND VARIOUS PURCHASERS OF OTHER LOTS IN SAID SUBDIVISION BY REASON OF NUMEROUS CONVEYANCES WHICH PUPORT TO CONVEY AN INTEREST IN THE COMMON AREA OF SAID SUBDIVISION.

<u>APN</u>: 002-382-21

**AFFIRMATION**
That the undersigned affirms that this document does not contain the social security number of any person.

Dated this _20__ day of April, 2011

Rick Lawton, Esquire
State Bar Number 00694
1460 Hwy 95A North, Suite One
Fernley, Nevada  89408
775 575-2208
775 575-2406 [fax]
Attorney for Plaintiffs

1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
-877-626-4726
rltonrick@earthlink.net

2

411201

CERTIFIED COPY
The document to which this certificate is attached is a full, true and correct copy of the original on file and of record in my office.

Date _____

Alan Glover, City Clerk and Clerk of the First Judicial District Court of the State of Nevada, in and for Carson City.

By _____ Deputy

Per NRS 239 Sec. 5, the SSN may be redacted but in no way effects the legality of the document.

411201